AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Connor Group )
*Plaintiff* )
v. ) Civil Action No. 3:17-cv-246
Certain Underwriters at Lloyds London Subcribing )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other:** Order granting motion of defendants certain underwriters at Lloyd's London and Aspen Specialy Insurance Co. to dismiss without prejudie the action of plaintiff, the Connor Group for failure to state a claim pursuant to Fed. R. Cive. P. 12(b)(6), Doc. 11, and terminating the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Dismissal

Date: 6/13/2018

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk