IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM, LLC, | : | CASE NO. 3:17-cv-00246 |
| | : | Judge Thomas Rose |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| v. | : | |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO. B128413102W16, et al., | : | **NOTICE OF APPEAL** |
| | : | |
| Defendants. | | |

Plaintiff, The Connor Group, A Real Estate Investment Firm, LLC, gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the following Orders of the United States District Court for the Southern District of Ohio, Dayton division: (1) Entry and Order Granting Motion of Defendants Certain Underwriters at Lloyd's, London and Aspen Specialty Insurance Company to Dismiss Without Prejudice the Action of Plaintiff, the Connor Group For Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), Doc. 11, And Terminating This Case (Doc. 14), entered in this action on the 12th day of June, 2018; and (2) Judgment in a Civil Action (Doc. 15), entered in this action on the 13th day of June, 2018.

Respectfully submitted,


/s/ Erin E. Rhinehart
Erin E. Rhinehart (0078298)
  Trial Attorney
Amber M. Justice-Manning (0082301)
FARUKI IRELAND COX RHINEHART
  & DUSING PLL
110 North Main Street
Suite 1600
Dayton, OH  45402
Telephone:    (937) 227-3714
Telecopier:    (937) 227-3717
Email:    erhinehart@ficlaw.com
    ajustice-manning@ficlaw.com

Attorneys for Plaintiff
The Connor Group, A Real Estate Investment
Firm, LLC

## **CERTIFICATE OF SERVICE**

I certify that on the 10th day of July, 2018, I electronically filed the foregoing Notice of Appeal with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Bradley L. Snyder
ROETZEL & ANDRESS
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Telephone:    (614) 463-9770
Fax:              (614) 463-9792
Email: bsynder@ralaw.com

Attorney for Defendants
Certain Underwriters at Lloyd's, London and Aspen Specialty Insurance Company

/s/ Erin E. Rhinehart
Erin E. Rhinehart